## ATTACHMENT A

### Place to Be Searched

1. This warrant applies to information associated with Apple cellular telephone, Model iPhone, red in color, bearing IMEI number: 356460900772431 seized from 745 Mud St, Concord, VA 24538 pursuant to a state search warrant on November 7th, 2022.

2. This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B, incorporated herein by reference.