AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 7:22mj118 | Date and time warrant executed: 12/7/22 @ 3:28 pm | Copy of warrant and inventory left with: On file with USPIS |
|---|---|---|

Inventory made in the presence of: PI McCafferty, PI Barrett

Inventory of the property taken and name of any person(s) seized:

1. Extraction Report and Data

**Received in Chambers**
By Reliable Electronic Means

March 13, 2023

**Hon. Robert S. Ballou**
**United States District Judge**

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/10/2023

*Executing officer's signature*

Sean P. McCafferty, Postal Inspector, USPIS
*Printed name and title*